UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-00018-BR

UNITED STATES OF AMERICA

v.                                                    ORDER

RAHEEM AQUILL LUCAS

This matter is before the court on defendant's 15 May 2020 notice filed in response to the court's 8 May 2020 order.  (DE # 25.)  It appears that defendant, after consultation with counsel, wishes to proceed with his arraignment, currently set for 1 June 2020, by videoconference, teleconference, or in-person.  It is not evident from the notice or the record in the case the specific reasons why arraignment cannot be further delayed without serious harm to the interests of justice.  See Standing Order No. 20-SO-7 (E.D.N.C. Apr. 1, 2020).  Accordingly, on or before 22 May 2020, defendant shall file a supplement to his notice with such information.

This 19 May 2020.

_____
W. Earl Britt
Senior U.S. District Judge